# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

July 16, 2010

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

JOHN W. DARRAH, *District Judge**

| | |
|---|---|
| SUGANTHAN PATHMAKANTHAN, *Petitioner*, | Petition for Review of an Order of the Board of Immigration Appeals. |
| Nos. 08-1644 & 08-3777    *v.* | No. A099-031-921 |
| ERIC H. HOLDER, JR., Attorney General of the United States, *Respondent*. | |

**O R D E R**

The slip opinion issued in the above-entitled cause on July 16, 2010, is amended as follows:

> On page 1, the caption should reflect the proper party designations as *Petitioner* and *Respondent*.

_____
* Honorable John W. Darrah, United States District Judge for the Northern District of Illinois, is sitting by designation.